1/08/10 5:29PM

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re: **Cynthia Clydene Soliz**
       **Raymond Robert Soliz**
                               Debtor(s)

Case No. **09-32514-LBR**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** HSBC Auto Finance | **Describe Property Securing Debt:** 2005 Ford Freestar |
|---|---|

Property will be (check one):
   ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ■ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES    ☐ NO |
|---|---|---|

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **January 8, 2010**          Signature **/s/ Cynthia Clydene Soliz**
                                            **Cynthia Clydene Soliz**
                                            Debtor

Date **January 8, 2010**          Signature **/s/ Raymond Robert Soliz**
                                            **Raymond Robert Soliz**
                                            Joint Debtor